**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7763**

---

FRANKIE L. MCCOY, SR.,

Plaintiff - Appellant,

versus

A. DIGGS, 4 to 12 a.m. shift commander; J.
BACOAT, Sergeant, A-Block duty officer; S.
HUTCHSON, Sergeant, A & B Block duty officer;
SERGEANT JOBE, A & B Block duty officer; UN-
KNOWN NAMED DEFENDANTS, Each defendant is sued
individually and in his official capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-97-
3621-L)

---

Submitted: May 14, 1998          Decided: May 26, 1998

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Frankie L. McCoy, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. McCoy v. Diggs, No. CA-97-3621-L (D. Md. Nov. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2